People of the State of Illinois, Plaintiff-Appellee, v. Frank Bailey, Defendant-Appellant.

Gen. No. 53,338. (Abstract of Decision.)

First District, Second Division.

October 21, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by JUSTICE BURKE. Not to be published in full.